1 **OAKTREE LAW**
2 JULIE J. VILLALOBOS (SBN 263382)
  CHRISTINA S. KIM (SBN 276533)
3 litigation@oaktreelaw.com
4 10900 183rd Street, Suite 270
  Cerritos, CA 90703
5 Telephone No.: (562) 356-9957
6 Facsimile No.: (562) 376-4570

7 Attorneys for Plaintiff,
  CAROL DUECKER
8

FILED
CLERK, U.S. DISTRICT COURT
Nov 24, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL DUECKER, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC., a Delaware corporation; OCWEN MORTGAGE SERVICING, INC., a Virgin Islands corporation; and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:15-cv-07737-SVW (ASx)<br><br>Hon. Stephen V. Wilson<br><br>ORDER ON<br>**PLAINTIFF'S REQUEST FOR DISMISSAL**<br><br>JS-6 |

PLAINTIFF'S REQUEST FOR DISMISSAL
- 1

1 TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE
2 ATTORNEYS OF RECORD HEREIN:
3      Plaintiff and Defendant Residential Credit Solutions, Inc. have heretofore
4 entered into a settlement of the issues in this case. Plaintiff, therefore, requests that
5 this action be dismissed with prejudice as to Defendant Residential Credit
6 Solutions, Inc., in accordance with the settlement agreement.

                                    Respectfully submitted,

Dated: November 23, 2015            **OAKTREE LAW**

                                    _____
                                    JULIE J. VILLALOBOS
                                    CHRISTINA S. KIM
                                    Attorneys for Plaintiff
                                    CAROL DUECKER

**IT IS SO ORDERED.**

**DATED:** November 24, 2015
_____

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

## PROOF OF SERVICE

I am a citizen of the United States of America and employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10900 183rd Street, Suite 270, Cerritos, CA 90703.

On the date set forth below, I caused the following document(s) entitled:

**PLAINTIFF'S REQUEST FOR DISMISSAL**

to be served on the party(s) or their attorney(s) of records in this action listed at the addresses in the attached Service List by the following means:

☐ **(BY HAND DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) in the attached Service List.

☐ **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at 10900 183rd Street, Suite 270, Cerritos, CA 90703. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

☐ **(BY OVERNIGHT DELIVERY)** By placing with Federal Express for delivery a true copy thereof, enclosed in a sealed envelope, to the address(es) shown below, with delivery charges to be billed to Oaktree Law.

☐ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number 5 to the interested party(s)

- 1 -
PROOF OF SERVICE

or their attorney(s) of record to said action at the facsimile number(s) shown below.

☒ **(BY CM/ECF)** By causing the foregoing document(s) to be filed electronically using the Court's CM/ECF system, which automatically sent copies of the document(s) to the individuals at the email addresses listed in the attached Service List.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct. Executed on November 23, 2015 at Cerritos, California.

_____
Russell Pitts

- 2 -
PROOF OF SERVICE

**SERVICE LIST**
**United States District Court, Central District of California**
*CAROL DUECKER v. RESIDENTIAL CREDIT SOLUTIONS, INC., ET AL.*
(Case No.: 2:15-cv-07737-SVW (ASx))

| | |
|---|---|
| Taline M. Keshishian<br>WRIGHT FINLAY & ZAK<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br>tkeshishian@wrightlegal.net<br><br>*VIA CM/ECF* | *Attorneys for Defendants Residential Credit Solutions, Inc. and Ocwen Mortgage Servicing, Inc.* |
| | |
| | |
| | |
| | |

- 3 -
PROOF OF SERVICE